# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M90288
E/nl

A. GAIL PRUDENTI, P.J.
WILLIAM F. MASTRO
REINALDO E. RIVERA
ROBERT A. SPOLZINO
PETER B. SKELOS, JJ.

COGAN, J.

09 517

2009-00652

In the Matter of William A. Fenwick,
admitted as William Augustus Fenwick,
an attorney and counselor-at-law.

DECISION & ORDER
VOLUNTARY RESIGNATION

(Attorney Registration No. 1108190)

   William A. Fenwick has voluntarily submitted an affidavit dated January 15, 2009, wherein he resigns from the New York State Bar. Mr. Fenwick was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on June 19, 1968, under the name William Augustus Fenwick. There are no complaints or charges of professional misconduct pending against him. Mr. Fenwick presently resides in California, does not practice law in New York, and under these circumstances, does not wish to pay the biennial registration fee.

   Upon the papers submitted in support of the resignation, it is

   ORDERED that the voluntary resignation of William A. Fenwick is accepted and directed to be filed; and it is further,

   ORDERED that the name of William A. Fenwick is removed from the roll of attorneys and counselors-at-law in the State of New York, without prejudice to an application for reinstatement; and it is further,

   ORDERED that pursuant to Judiciary Law § 90, effective immediately, William A. Fenwick is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another in the State of New York, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority in this State, (3) giving to another an opinion as to the law or its application or any advice in relation

August 3, 2009

MATTER OF FENWICK, WILLIAM A.

Page 1.

thereto in this State, and (4) holding himself out in any way as an attorney and counselor-at-law in the State of New York; and it is further,

ORDERED that if William A. Fenwick has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency.

PRUDENTI, P.J., MASTRO, RIVERA, SPOLZINO and SKELOS, JJ., concur.

ENTER:

*James Edward Pelzer*
James Edward Pelzer
Clerk of the Court