FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 1 8 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
In re:                                                           :          09-MC-517    (BMC)
                                                                 :
                                                                 :
WILLIAM A FENWICK, an attorney                                   :
admitted to practice before this Court,                          :
                                                                 :
                                                                 :
                            Respondent.                          :
                                                                 :
                                                                 :
-----------------------------------------------------------------X

**BEFORE THE GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF NEW YORK**

An order having been entered in the Supreme Court of the State of New York,
Appellate Division,   accepting voluntary resignation (non-disciplinary) of respondent, an
attorney in good standing,  and removing respondent from the roll of attorneys and counselors-at-
law in New York State,

IT IS ORDERED, pursuant to Local Rule 1.5 that respondent's name be removed
from the Roll of Attorneys of this Court.  This order shall become effective 24 days after the date
of service upon said attorney unless otherwise modified or stayed.

The docketing clerk is directed to mail a copy of the within to respondent and to
close the within action without prejudice to reopening the matter upon application of respondent.

SO ORDERED.

Dated :      Brooklyn, New York
             Aug    ı└|    , 2009

                              /s/(BMC)
                              _____
                              BRIAN M. COGAN, U.S.D.J.
                              Chairman of the Committee on
                              Grievances, E.D.N.Y.